UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MONTE CARLO LASHONE JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-CV-00130 RHH |
| RUTH ANN DICKERSON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), Plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, Plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order could result in a dismissal of this action, without prejudice.

Dated this 2nd day of July, 2024.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE